BENDAN HOLDING CORPORATION, Respondent, v. HAROLD RODNER, Appellant.— Order denying defendant's motion to serve an amended answer reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon condition that the date of issue remain the same; the proposed amended answer to be served within five days from the entry of the order herein. Whether or not the proposed defense is meritorious must be decided at the trial. It cannot be determined on affidavits. The courts have adopted a liberal policy in permitting amendments to enable parties to litigate all questions affecting their rights. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

FANNIE BERGER, Appellant, v. MURRAY J. BERGER, Defendant, and MARTHA GOTTLIEB, Respondent.— Order denying plaintiff's motion to vacate and set aside a resettled order dated February 9, 1934, and granting the cross-motion of defendant Gottlieb to confirm said order, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

CHARLES BLAKE and Another, Appellants, v. MARY LIMAN, Defendant, and LILLIAN CLIFFORD, Respondent.— Appeal from order directing plaintiffs' attorney to accept service of an answer which defendant Clifford claims was served in time, but which appellants claim was served after the time to serve the answer had expired. Order reversed on the law and the facts, with ten dollars costs and disbursements, and matter remitted to the Special Term for the purpose of taking testimony as to whether the summons and complaint were served on February 20, 1935, as claimed by appellants, or on March 2, 1935, as claimed by respondent, and making an order accordingly. The matter is not one that should be decided upon affidavits. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

MARY BLYTHE, Respondent, v. SKOURAS THEATRES CORPORATION, Appellant.— Action for injuries suffered by plaintiff as a consequence of tripping over a worn portion of a rubber mat in the lobby of a theatre. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MATILDA BRAND and Another, Appellants, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order modified so as to provide that the verdicts are set aside and a new trial granted on the ground that the verdicts are against the weight of the evidence, and as so modified unanimously affirmed, costs to abide the event. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur; Carswell, J., concurs in result.